FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2023 APR 14  A 9:19

CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

INDICTMENT FOR WIRE FRAUD AND
MAKING AND SUBSCRIBING FALSE TAX RETURNS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-65 |
| v. | * | SECTION: SECT. A MAG. 5 |
| MARY B. KATICICH | * | VIOLATIONS: 18 U.S.C. § 1343 |
| | | 26 U.S.C. § 7206(1) |
| | * | |

\* \* \*

The Grand Jury charges that:

### COUNTS 1 – 4
(Wire Fraud)

**A.   AT ALL MATERIAL TIMES HEREIN:**

1. Defendant **MARY B. KATICICH** ("**KATICICH**"), was a resident of Marrero, Louisiana, which is in the Eastern District of Louisiana.

2. From before January 2015, to on or about June 2018, **KATICICH** was employed as a bookkeeper with Company A, based in Belle Chase, Louisiana.

3. In her capacity as bookkeeper with Company A, **KATICICH** was responsible for creating and maintaining the company's accounting records, including payroll records and payments as well as maintaining the accounting records that were used by Company A's CPA to



___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____

prepare Forms W-2 for all employees. As bookkeeper, **KATICICH** had access to and managed the finances and bank accounts of Company A.

4.  **KATICICH**'s authorized salary at Company A was $55,000.00 per year, or approximately $2,116.00 every two weeks.

5.  **KATICICH** was a full-time employee of Company A and also the owner of a bookkeeping business called Make Bookkeeping Kount, LLC ("MBK"), a Schedule C business.

6.  **KATICICH** was authorized to split her gross earnings from Company A evenly, categorizing half as individually-earned income on her Form W-2, and the other half as business-earned income on a Form 1099, Miscellaneous Income, through MBK.

7.  Company A was a banking customer of Regions Bank ("Regions") and maintained accounts x2556, x3021, and x8327 with Regions.

8.  **KATICICH** maintained the following personal bank accounts: Hancock Whitney or Whitney Bank ("Whitney") checking account x5845; and Regions checking account x1881.

9.  **KATICICH** maintained the following joint bank account: Jefferson Financial Federal Credit Union ("JFFCU") savings and checking account x6697.

10. **KATICICH** maintained the following business bank accounts: Whitney checking account x0078; Regions checking account x2920; and Regions savings account x0131.

11. **KATICICH** reported W-2 income from Company A in the approximate amount of $3,271.00 for the tax year 2015, and approximately $17,700.00 for the tax year 2016.

12. **KATICICH** reported Form 1099 business-earned income from Company A in the approximate amount of $880.00 for the tax year 2016.

13. **KATICICH** self-prepared the tax returns she filed for 2015 and 2016.

14. **KATICICH**'s Forms W-2 reflected income from Company A in the approximate amount of $23,980.00 for tax year 2017, and approximately $10,747.00 for tax year 2018, but she failed to file tax returns for either year.

## B. THE SCHEME AND ARTIFICE TO DEFRAUD:

Beginning in or before January 2015 to in or about June 2018, in the Eastern District of Louisiana, **KATICICH** knowingly devised and intended to devise a scheme to defraud Company A, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, by embezzling funds from Company A.

## C. MANNER AND MEANS:

It was part of the scheme and artifice to defraud that, from approximately 2015 to 2018, **KATICICH** used her position as a bookkeeper with Company A to fraudulently divert funds to her benefit from the company's Regions accounts.

It was further a part of the scheme and artifice to defraud that **KATICICH** fraudulently authorized electronic transfers of funds from Company A's accounts and also wrote herself unauthorized checks from Company A's accounts in excess of her authorized salary of $55,000.00 per year.

It was further a part of the scheme and artifice to defraud that **KATICICH** authorized electronic transfers to both her business and personal bank accounts via ACH deposits and payroll check deposits from Company A without consistency in timing or amount.

It was further a part of the scheme and artifice to defraud that **KATICICH** often diverted unauthorized funds in amounts that were similar to her authorized bi-weekly payroll in an effort to conceal her embezzlement scheme.

It was further a part of the scheme and artifice to defraud that, after depositing the

unauthorized funds into her personal and business accounts, **KATICICH** then used the money to fund point-of-sale transactions at various restaurants, casinos, and retailers, and sometimes withdrew funds through ATM cash withdrawals.

It was further a part of the scheme and artifice to defraud that **KATICICH** also made unauthorized personal purchases using Company A credit cards.

It was further a part of the scheme and artifice to defraud that **KATICICH** also made numerous ATM cash withdrawals from Company A accounts using a Company A ATM card.

It was further a part of the scheme and artifice to defraud that **KATICICH** received substantially more from Company A than was reported on her Forms W-2 for each year from 2015 through 2018.

It was further a part of the scheme and artifice to defraud that **KATICICH** concealed that she was receiving substantially more funds than what she was authorized to receive by providing false accounting records to Company A's CPA that were used to produce her false Forms W-2 from Company A for the years 2015 through 2018.

It was further a part of the scheme and artifice to defraud that **KATICICH** failed to report approximately $70,355.90 on her 2015 Form 1040 Federal Income Tax Return in an effort to conceal her embezzlement scheme, resulting in an additional tax due and owing to the IRS of approximately $15,565.27.

It was further a part of the scheme and artifice to defraud that **KATICICH** failed to report approximately $120,190.58 on her 2016 Form 1040 Federal Income Tax Return in an effort to conceal her embezzlement scheme, resulting in an additional tax due and owing to the IRS of approximately $28,612.45.

It was further a part of the scheme and artifice to defraud that **KATICICH** failed to report

approximately $254,642.57 and failed to file a 2017 Form 1040 Federal Income Tax Return in an effort to conceal her embezzlement scheme, resulting in an additional tax due and owing to the IRS of approximately $53,720.03.

It was further a part of the scheme and artifice to defraud that **KATICICH** failed to report approximately $114,606.51 and failed to file a 2018 Form 1040 Federal Income Tax Return in an effort to conceal her embezzlement scheme, resulting in an additional tax due and owing to the IRS of approximately $11,766.60.

**D.    THE OFFENSE:**

On or about the dates specified in each count below, in the Eastern District of Louisiana and elsewhere, the defendant, **MARY B. KATICICH**, for the purpose of executing and attempting to execute the scheme and artifice to defraud set forth above, did transmit and cause to be transmitted, by means of wire communications in interstate commerce, certain writings, signs, signals, pictures and sounds, as more particularly described below:

| Count | Date     | Description of Wire Communication                           |
|-------|----------|-------------------------------------------------------------|
| 1     | 04/18/18 | A wire transfer of $950.50 between Alabama and Louisiana.   |
| 2     | 04/23/18 | A wire transfer of $900.00 between Alabama and Louisiana.   |
| 3     | 04/26/18 | A wire transfer of $977.00 between Alabama and Louisiana.   |
| 4     | 04/30/18 | A wire transfer of $1,954.13 between Alabama and Louisiana. |

All in violation of Title 18, United States Code, Section 1343.

## COUNT 5
(Making and Subscribing a False Tax Return)

A.    The allegations contained in Parts A, B, and C of Counts 1 through 4 are hereby re-alleged and incorporated herein by reference.

B.    On or about June 29, 2018, in the Eastern District of Louisiana, **MARY B. KATICICH**, a resident of Marrero, Louisiana, did willfully make and subscribe a 2016 Form 1040 Federal Income Tax Return, which was verified by a written declaration that it was made

under the penalties of perjury and which **KATICICH** did not believe to be true and correct as to every material matter. That the 2016 Form 1040 Federal Income Tax Return, which was filed with the Internal Revenue Service, stated she had income and gross receipts totaling approximately $18,580.00, whereas, as she then and there knew failed to contain approximately $120,190.58 in unreported income.

In violation of Title 26, United States Code, Section 7206(1).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 5 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Counts 1 through 4, the defendant, **MARY B. KATICICH**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from, proceeds traceable to said offense.

3. If any of the above-described property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.



DUANE A. EVANS
UNITED STATES ATTORNEY

BRANDON S. LONG
Assistant United States Attorney

New Orleans, Louisiana
April 14, 2023

7

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

_Eastern_ _District of_ _Louisiana_

_Criminal_ _Division_

## THE UNITED STATES OF AMERICA

vs.

## MARY B. KATICICH

### INDICTMENT FOR WIRE FRAUD AND MAKING AND SUBSCRIBING FALSE TAX RETURNS

**VIOLATIONS:** 18 U.S.C. § 1343
26 U.S.C. § 7206(1)

Filed in open court this _____ day of _____ A.D. 2023.

_____
Clerk

Bail, $ _____

_____
BRANDON S. LONG
Assistant United States Attorney